**STATE of Missouri, Respondent,**

v.

**Jerry Lee RYE, Appellant.**

**No. 70418.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 18, 1997.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Jerry Lee Rye, appeals the judgment of conviction for unlawful use of a weapon, RSMo § 571.030 (1994), entered by the Circuit Court of Cape Girardeau County after a jury trial. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error. Because an extended opinion would serve no jurispru-

dential purpose, we affirm pursuant to Rule 30.25(b).